8 So.2d 222

**Archie Lee SULLIVAN v. Bessie SULLIVAN.**

**6 Div. 14.**

Supreme Court of Alabama.

May 15, 1942.

Brown & Bell, of Birmingham, for appellant.

Morel Montgomery, of Birmingham, for appellee.

PER CURIAM.

Appeal dismissed, motion of appellant.

5 So.2d 841

**Mrs. S. M. WILLIAMS et al. v. FEDERAL LAND BANK OF NEW ORLEANS.**

**4 Div. 204.**

Supreme Court of Alabama.

Nov. 6, 1941.

Sentell & Sentell, of Luverne, for appellee.

PER CURIAM.

Appeal dismissed, want of prosecution.